JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>TSUYOSHI TANOOKA, an individual; and REIKO TANOOKA, an individual<br><br>Defendants. | Case No.: CV 15-2334-DMG (FFMx)<br><br>**JUDGMENT [43]** |

Judgment is hereby entered in favor of Plaintiffs Southern California Lumber Industry Retirement Fund and Board of Trustees of the Southern California Lumber Industry Retirement Fund and against Defendants Tsuyoshi Tanooka and Reiko Tanooka in the principal amount of $200,000, plus five percent per annum in prejudgment interest thereon, commencing as of February 18, 2016.

**IT IS SO ORDERED.**

DATED: May 27, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE